UNITED STATES of America,
Plaintiff—Appellee,

v.

Matthew James WOOD, Defendant—
Appellant.

No. 04–3149.

United States Court of Appeals,
Eighth Circuit.

Submitted May 9, 2005.

Decided Aug. 5, 2005.

Richard D. Westphal, U.S. Attorney's Office, Rock Island, IL, for Plaintiff–Appellee.

Matthew James Wood, Yankton, SD, pro se.

Before WOLLMAN, BRIGHT, and BYE, Circuit Judges.

PER CURIAM.

The district court violated the Sixth Amendment by applying a mandatory version of the federal sentencing guidelines, which required it to enhance the defendant's sentence beyond the statutory maximum based on facts not admitted to by him nor found by a jury beyond a reasonable doubt. *United States v. Booker,* —— U.S. ——, ——, 125 S.Ct. 738, 756, 160 L.Ed.2d 621 (2005). The defendant raised and preserved the error at the time of sentencing and we cannot say this constitutional error was harmless beyond a reasonable doubt. *See United States v. Haidley,* 400 F.3d 642 (8th Cir.2005). We therefore vacate the sentence and remand for resentencing.